FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0451
_____

ERIC C. MARTINEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
James M. Colaw, Judge.


September 11, 2024

PER CURIAM.

A claim alleging the trial court misunderstood its sentencing options is not cognizable under Florida Rule of Criminal Procedure 3.800(a). *See Stephens v. State*, 823 So. 2d 180, 181—82 (Fla. 1st DCA 2002) ("Because this claim could have been raised on direct appeal, and the error does not render the appellant's sentence illegal, it is not cognizable in a postconviction motion under either rule 3.800, or rule 3.850."). We affirm the order below.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Eric C. Martinez, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.